IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SOLOMON STANLEY, individually

Case No. 1:24-cv-03773-WMR

Plaintiff,

v.

ZIVEN POWDER SPRINGS, LLC, a domestic Limited Liability Company

Defendant.

_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, SOLOMON STANLEY, and Defendants, ZIVEN POWDER SPRINGS, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby jointly stipulate to the dismissal of the above-captioned action against Defendant, with prejudice, with each party to bear his or its own attorney's fees and costs.

Respectfully submitted, this 26th day of June 2025.

| | |
|---|---|
| By: */s/ Pete M. Monismith*<br>Pete M. Monismith, Esq.<br>Georgia Bar No. 941228<br>Attorney for Plaintiff<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>*(tel) 724-610-1881*<br>*pete@monismithlaw.com*<br>***Attorneys for Plaintiff*** | By:*/s/ Ian E. Smith*<br>Ian E. Smith, Esq.<br>Georgia Bar No. 661492<br>SPIRE LAW, LLC<br>2572 W. State Road 426, Suite2088<br>Oviedo, Florida 32765<br>Tel: 407-494-0135<br>ian@spirelawfirm.com<br>***Attorneys for Defendants*** |